**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Hobe', a single man, | No. CV-09-405-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Department of Education; Pioneer Recovery; and James Farrar, | |
| Defendants. | |

This suit concerns collection efforts relating to Plaintiff Marc Hobe's student loans. Plaintiff filed a pro se complaint against the United States Department of Education ("the DOE"), James Farrar, an employee of the DOE, and Pioneer Recovery, Inc. Dkt. #1. The Court dismissed the complaint without prejudice for lack of subject matter jurisdiction. Dkt. #29. Plaintiff filed an amended complaint on July 15, 2009. Dkt. #30.

Plaintiff has filed a motion for summary judgment on the claims asserted against the DOE and Farrar. Dkt. #39. The motion does not comply with Rule 56 of the Federal Rules of Civil Procedure or Rule 56.1 of the Court's Local Rules of Civil Procedure. Moreover, in an order dated October 26, 2009 (Dkt. #37), the Court granted the motion to dismiss filed by the DOE and Farrar (Dkt. #32).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summary judgment (Dkt. #39) is **denied**.

DATED this 2nd day of November, 2009.

_____
David G. Campbell
United States District Judge