**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Hobe', a single man, | No. CV-09-405-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Department of Education; Pioneer Recovery; and James Farrar, | |
| Defendants. | |

This suit concerns collection efforts relating to Plaintiff Marc Hobe's student loans. Plaintiff filed a complaint against the United States Department of Education ("the DOE"), James Farrar, an employee of the DOE, and Pioneer Recovery, Inc. Dkt. #1. The Court granted the motion to dismiss the amended complaint filed by the DOE and Farrar. Dkt. ##30, 32, 37.

Plaintiff has filed a motion for summary judgment on the claims asserted against Pioneer Recovery. Dkt. #56. The motion will be denied because it fails to comply with Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Court's Local Rules of Civil Procedure.

**IT IS ORDERED:**

1. Plaintiff's motion for summary judgment (Dkt. #46) is **denied**.

2. The Court will set a final pretrial conference by separate order.

DATED this 21st day of May, 2010.

_____
David G. Campbell
United States District Judge